UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　　　　　　　　　　　　　　　　)<br>　　　v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　) M.B.D. Case No. 26-91020<br>YOLDARI TEJEDA CORONADO,　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　Defendant　　　　　　　　　　　) | |

**ASSENTED-TO MOTION FOR ENDS-OF-JUSTICE CONTINUANCE
OF TIME FOR FILING AN INDICTMENT OR INFORMATION,
AND EXCLUSION OF TIME, UNDER THE SPEEDY TRIAL ACT**

The United States of America respectfully moves this Court to grant a continuance of the time within which an indictment or information must be filed for the Government's pending case against Yoldari Tejeda Coronado, and to exclude the time period from January 15, 2026, through and including February 16, 2026, from the speedy trial clock, pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008), on the ground that the ends of justice served by granting the requested continuance and excluding these periods outweigh the best interests of the public and the defendant in a speedy trial.  Per this motion, the Government requests that the date for the filing of any indictment or information under the Speedy Trial Act be set at February 16, 2026, absent further Order of the Court.  The Government further asks this Court to issue the attached proposed *Order of Continuance and Excludable Delay*.  The Government has conferred with counsel for Defendant and Defendant assents to this continuance and exclusion of time under the Speedy Trial Act.  In support of its request for a continuance and exclusion of time, the Government states as follows:

1. On December 17, 2025, the defendant made his first appearance on a complaint charging collection on extension of credit by extortionate means, in violation of 18 U.S.C. § 894. *Case No.* 25-mj-3388-JDH.

2. Following the defendant's initial appearance in this matter, undersigned counsel was on annual leave for multiple days during the Christmas and New Year's holidays. Additionally, undersigned counsel was on trial in another matter the week of January 12, 2026. Thus, the Government requests a 30-day extension of time within which an indictment or information must be filed in this case.

3. In light of the above, the government would request the period to file an indictment or information in this case be tolled through February 16, 2026 and that the time period from January 15, 2026 through February 16, 2026 should be excluded under the Speedy Trial Act. Any indictment or information should be filed in this case by February 16, 2026, absent further Order of the Court.

4. A proposed order is attached.

    Respectfully submitted,

    LEAH B. FOLEY
    United States Attorney

By:    */s/ Lauren Maynard*
    Lauren Maynard
    Assistant United States Attorney
    United States Attorney's Office
    One Courthouse Way, Suite 9200
    Boston, MA 02210
    617-748-3319
    lauren.maynard@usdoj.gov

Dated: January 14, 2026

Certificate of Service

    I hereby certify that this I have served a copy of the foregoing upon all counsel of record by e-mail.

                                            */s/ Lauren Maynard*
                                            Lauren Maynard
                                            Assistant United States Attorney

Dated: January 14, 2026

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>v. )<br> )<br>YOLDARI TEJEDA CORONADO, )<br>    Defendant ) | M.B.D. Case No. 26-91020 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

Upon consideration of the Government's Assented-to Motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The Defendant has been and charged by criminal complaint with charging collection on extension of credit by extortionate means, in violation of 18 U.S.C. § 894. *Case No.* 25-mj-3388-JDH. The Assistant United States Attorney handling this matter has been on annual leave following the arrest of the defendant, in addition to being on trial in another matter.  As a result, the United States requests an extension of time to return an indictment or file an information.  The requested exclusion of time represents a 30-day extension of the United States' time to file an indictment or information under the Speedy Trial Act.

2. Accordingly, the ends of justice served by granting the requested continuance and excluding the time period from January 15, 2026, through and including, February 16, 2026, from the speedy trial clock, outweigh the best interests of the public and the Defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

In light of the foregoing, the Court hereby grants the Motion and ORDERS that, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases*, (1) the date on which an Indictment or Information must be filed is continued to February 16, 2026; and (2) the period from January 15, 2026 through and including February 16, 2026, is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

_____
HON.
UNITED STATES DISTRICT JUDGE

Date: